IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| **CURTIS A. HINES,** | ) |
| | ) |
| **Plaintiff,** | ) |
| | ) |
| v. | ) CIVIL ACTION 04-0698-WS-M |
| | ) |
| **AETNA LIFE INSURANCE COMPANY,** | ) |
| | ) |
| **Defendant.** | ) |

**ORDER**

The defendant has advised the Court that this action has settled.  Accordingly, this action is **dismissed with prejudice** from the active docket of the Court, provided that any party may reinstate this action within thirty days from the date of the entry of this order if the settlement agreement is not consummated.

No further order shall be forthcoming from the Court except upon application by any party for final judgment as prescribed by Federal Rule of Civil Procedure 58.

DONE and ORDERED this 29th day of June, 2005.

s/ WILLIAM H. STEELE
UNITED STATES DISTRICT JUDGE